UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

LaCARL MARTEZ DOW,

    Petitioner,

vs.

TOM L. CAREY, Warden,

    Respondent.

                                            /

No. C 06-1219 PJH (PR)

**ORDER GRANTING PETITION**

    The Ninth Circuit reversed and remanded this habeas petition with directions to issue a writ unless the state retries petitioner within a reasonable period. The mandate was issued on October 7, 2013.

    Therefore, the petition for writ of habeas corpus is **GRANTED**. Respondent shall release petitioner unless the state commences proceedings to retry him within one hundred and twenty (120) days of this order.

    The Clerk shall serve this order upon petitioner's counsel of record, respondent, the San Mateo County Public Defender's Office and the San Mateo County District Attorney's Office.

    **IT IS SO ORDERED.**

Dated: October 18, 2013.

                                      PHYLLIS J. HAMILTON
                                    United States District Judge

G:\PRO-SE\PJH\HC.06\Dow1219.ord.wpd